# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | | |
|---|---|---|
| MACK SIMS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:19-cv-01168 |
| CHARLES WICKS et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CITY OF ELKHART, an Indiana Muncipality and JOHN FAIGH, an Elkhart Police Officer .

Date: 02/12/2020

/s/ Nicholas T. Otis
*Attorney's signature*

Nicholas T. Otis
*Printed name and bar number*

Newby, Lewis, Kaminski & Jones, LLP
916 Lincolnway
La Porte, IN 46350
*Address*

ntotis@nlkj.com
*E-mail address*

(219) 362-1577
*Telephone number*

(219) 362-2106
*FAX number*