UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MACK SIMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 3:19-CV-01168-JD-MGG |
| v. | ) |
| | ) |
| CHARLES WICKS, a former Elkhart | ) |
| County Prosecutor, | ) |
| CITY OF ELKKHART, an Indiana | ) |
| Municipality, | ) |
| JOHN FAIGH, an Elkhart Police Officer, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF EXTENSION**

Defendants, **CITY OF ELKHART, an Indiana Municipality and JOHN FAIGH, an Elkhart Police Officer**, by counsel, state that Plaintiff filed his Complaint on December 17, 2019, and the Summons were issued to these defendants on February 10, 2020. Therefore, the deadline to file its responsive pleading is March 2, 2020. These Defendants have contacted plaintiff's counsel and the parties have agreed to sixty (60) day extension of time to and including **April 10, 2020**, for these defendants to respond to plaintiff's complaint.

DATE: February 12, 2020  /S/ Martin W. Kus
Martin W. Kus, # 5377-46
Nicholas T. Otis, # 27992-64
916 Lincolnway, P. O. Box 1816
La Porte, IN 46352-1816
Telephone: (219) 362-1577
Facsimile: (219) 362-2106
Email: mwkus@nlkj.com
*Attorneys for Defendants, City of Elkhart
and John Faigh, an Elkhart Police Officer*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| MACK SIMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.  3:19-CV-01168-JD-MGG |
| v. | ) |
| | ) |
| CHARLES WICKS, a former Elkhart | ) |
| County Prosecutor, | ) |
| CITY OF ELKKHART, an Indiana | ) |
| Municipality, | ) |
| JOHN FAIGH, an Elkhart Police Officer, | ) |
| | ) |
| Defendants. | ) |

## PROOF OF SERVICE

I hereby certify that on the 12th day of February 2020 I electronically filed a complete copy Notice of Extension on behalf of Defendants, City of Elkhart and John Faigh and this Proof of Service with the Clerk of the Court CM/ECT system:

Richard Dvorak : richard.dvorak@civilrightsdefenders.com
Nicholas T. Otis : ntotis@nlkj.com


**NEWBY, LEWIS, KAMINSKI AND JONES, LLP**


By:  /S/ Martin W. Kus