# UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF INDIANA
Case Number 3::19-cv-01168-JD-MGG

**Mack Sims**

v.

**City of Elkhart, et. al**

I, KAI JOY

FIRST DULY SWORN. I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT. I AM A REGISTERED EMPLOYEE OF NIS 4350 DIPAOLO CENTER, SUITE H, GLENVIEW, IL 60025. DECTECTIVE AGENCY LICENSE NUMBER 117-001012.

## CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | **SUMMONS IN CIVIL ACTION AND COMPLAINT** |
| ON THE WITHIN NAMED DEFENDANT | **City of Elkhart, et. al, via City Clerk** |
| PERSON SERVED | **Debbie Barnett/City Clerk, Other** |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT | 2/10/2020 |

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| Sex | FEMALE | Race | WHITE | Age | 60s |
| Height | 5' 4" | Build | HEAVY | Hair | RED |

LOCATION OF SERVICE  229 S 2nd St, 3rd Floor
Elkhart, Indiana 46516

Date Of Service  2/10/2020
Time  4:31 PM

KAI JOY  2/11/2020
Licensed Private Detective  Detective License #115-001424

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

KAI JOY  2/11/2020

Total: $95.00

*1449A*

Law Firm ID: Dvorak Law Office, LLC    Firm #    Case Return Date: 02/10/2020

# UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF INDIANA
Case Number   3::19-cv-01168-JD-MGG

**Mack Sims**

v.

**City of Elkhart, et. al**

I, KAI JOY

FIRST DULY SWORN. I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT. I AM A REGISTERED EMPLOYEE OF NIS 4350 DIPAOLO CENTER, SUITE H, GLENVIEW, IL 60025. DECTECTIVE AGENCY LICENSE NUMBER 117-001012.

## CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | **SUMMONS IN CIVIL ACTION AND COMPLAINT** |
| ON THE WITHIN NAMED DEFENDANT | **John Faigh c/o Elkhart Police Department** |
| PERSON SERVED | **Officer Wolf, Other** |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT | 2/10/2020 |

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| Sex | MALE | Race | WHITE | Age | 50s |
|---|---|---|---|---|---|
| Height | 5' 9" | Build | MEDIUM | Hair | GREY |

LOCATION OF SERVICE  175 Waterfall Dr
Elkhart, Indiana 46516

Date Of Service  2/10/2020
Time  4:51 PM

KAI JOY                                              2/11/2020
Licensed Private Detective              Detective License #115-001424

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

KAI JOY                                              2/11/2020

Total: $95.00

*1451A*

Law Firm ID: Dvorak Law Office, LLC       Firm #        Case Return Date: 02/10/2020

# UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF INDIANA
Case Number   3::19-cv-01168-JD-MGG

**Mack Sims**

v.

**City of Elkhart, et. al**

I, **KAI JOY**

FIRST DULY SWORN. I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT. I AM A REGISTERED EMPLOYEE OF NIS 4350 DIPAOLO CENTER, SUITE H, GLENVIEW, IL 60025. DECTECTIVE AGENCY LICENSE NUMBER 117-001012.

## **CORPORATE SERVICE**

| | |
|---|---|
| THAT I SERVED THE WITHIN | **SUMMONS IN CIVIL ACTION AND COMPLAINT** |
| ON THE WITHIN NAMED DEFENDANT | **Hon. Charles C. Wicks** |
| PERSON SERVED | **Michelle Young/Legal Assistant, Other** |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT | 2/10/2020 |

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| Sex | FEMALE | Race | WHITE | Age | 50s |
| Height | 5' 6" | Build | MEDIUM | Hair | GREY |

LOCATION OF SERVICE   315 S 2nd St
                      Elkhart, Indiana 46516

Date Of Service   2/10/2020
Time              4:31 PM

_KAI JOY_                                  2/11/2020
**Licensed Private Detective**        Detective License #115-001424

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

_KAI JOY_                                  2/11/2020

Total:  $95.00

*1450A*

Law Firm ID: Dvorak Law Office, LLC       Firm #       Case Return Date: 02/10/2020