# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| MACK SIMS, | ) |
|        **Plaintiff,** | ) ) ) |
| v. | )   **CASE NO. 3:19-CV-1168-JD-MGG** |
| CHARLES WICKS, et al. | ) ) ) |
|        **Defendants.** | ) |

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record,

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant Charles Wicks.

                          Respectfully submitted,

                          CURTIS T. HILL, JR.
                          Indiana Attorney General
                          Attorney No. 13999-20

Dated: March 2, 2020         By:     Bryan R. Findley
                                             Deputy Attorney General
                                             Attorney No. 34447-30
                                             Office of the Indiana Attorney General
                                             Indiana Government Center South, 5th Floor
                                             302 W. Washington St.
                                             Indianapolis, IN 46204-2770
                                             Phone: (317) 232-6217
                                             Fax:   (317) 232-7979
                                             Email: Bryan.Findley@atg.in.gov