# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| MACK SIMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:19-CV-1168-JD-MGG |
| CHARLES WICKS, et al. | ) ) ) |
| Defendants. | ) |

## NOTICE OF AUTOMATIC EXTENSION OF TIME

Defendant Charles Wicks, by counsel, Bryan R. Findley, Deputy Attorney General, respectively moves for an automatic extension of time pursuant to Local Rule 6-1(b). In support, the Defendant states:

1. Plaintiff's Complaint was filed on January 17, 2019.

2. Defendant was served on February 10, 2020, making the Defendant's response to Plaintiff's complaint due on March 2, 2020. As of the date of this filing, Defendant's response date has not yet passed.

3. Pursuant to Local Rule 6-1(b), defendant seeks an initial 28 day extension of time to respond to plaintiff's complaint.

4. Plaintiff's Counsel has been contacted regarding this 28 day extension and stated no objection.

WHEREFORE, Defendant, by counsel, hereby notifies the Court and the parties of an automatic extension of their answer date from March 2, 2020 to March 30, 2020 pursuant to Local Rule 6-1(b).

Respectfully Submitted,

CURTIS T. HILL, JR.
Attorney General of Indiana
Attorney No. 13999-20

By: Bryan R. Findley
Deputy Attorney General
Attorney No. 34447-30

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 232-6217
Fax: (317) 232-7979
E-mail: Bryan.Findley@atg.in.gov