**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| **MACK SIMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 3:19-CV-1168-JD-MGG |
| | ) |
| **CHARLES WICKS, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record,

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant Charles Wicks.

Respectfully submitted,

CURTIS T. HILL, JR.
Indiana Attorney General
Attorney No. 13999-20

Dated: March 2, 2020        By:   Archer R. Rose, Jr.
Deputy Attorney General
Attorney No. 35969-49
Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone: (317) 232-6286
Fax:    (317) 232-7979
Email: Archer.Rose@atg.in.gov