**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| **MACK SIMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 3:19-CV-1168-JD-MGG |
| | ) |
| **CHARLES WICKS, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, Charles Wicks, by counsel, Bryan Findley, Deputy Attorney General, respectfully moves the Court for an extension of time of Fourteen (14) days, up to and including April 13, 2020, in which to file a response to Plaintiff's Complaint in the above-entitled cause. In support, Defendant states:

1. Defendant was served with the complaint on February 10, 2020. Making the Defendant's response to Plaintiff's Complaint due March 2, 2020.

2. Defendant filed a Notice of Automatic Extension of Time on March 2, 2020. [Dkt. 15.] Accordingly, Defendant's Response is due March 30, 2020. As of the date of the filing of this motion, that date has not yet passed.

3. The undersigned counsel requests an additional period of time of Fourteen (14) days, up to and including April 13, 2020 to file a response to Plaintiff's Complaint.

4. This is Defendant's first request for extension of time, is made in good faith, and is not made for purposes of delay.

5. Counsel for the Defendant has contacted counsel for Plaintiff on March 30, 2020 and he does not object to this motion.

WHEREFORE, Defendant, by counsel, respectfully moves the Court for an extension of time of fourteen (14) days, to April 13, 2020, in which to file response in the above entitled cause, and for all other just and proper relief.

                                          Respectfully submitted,

                                          CURTIS T. HILL, JR.
                                          Indiana Attorney General
                                          Attorney No. 13999-20

Dated: March 30, 2020              By:    Bryan R. Findley
                                          Deputy Attorney General
                                          Attorney No. 34447-30

                                          Office of the Indiana Attorney General
                                          Indiana Government Center South, 5th Floor
                                          302 W. Washington St.
                                          Indianapolis, IN 46204-2770
                                          Phone: (317) 232-6217
                                          Fax:   (317) 232-7979
                                          Email: Bryan.Findley@atg.in.gov