# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| MACK SIMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:19-CV-1168-JD-MGG |
| CHARLES WICKS, et al. | ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW APPEARANCE

Defendant, Charles Wicks, by counsel, Bryan R. Findley, Deputy Attorney General, respectfully submits his Motion to withdraw his appearance. In support of this motion, Defendant, Charles Wicks, states the following:

1. Deputy Attorney General Bryan R. Findley filed his appearance on behalf of Defendant on March 2, 2020.

2. Counsel will no longer be assigned to the above-captioned case due to his departure from employment in the Indiana Office of the Attorney General. Deputy Attorney General, Archer Rose, Jr.'s appearance, filed March 2, 2020, will remain in effect for Defendant, Charles Wicks.

WHEREFORE, Defendant, Charles Wicks, respectfully moves the Court to grant his motion to withdraw the appearance of Deputy Attorney General Bryan R. Findley in this matter.

Respectfully submitted,

CURTIS T. HILL, JR.
Attorney General of Indiana
Attorney No. 13999-20

Date: December 21, 2020     By: Bryan R. Findley
Deputy Attorney General
Attorney No. 34447-30