UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MACK SIMS, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|   v. | ) CASE NO. 3:19-CV-1168-JD-MGG |
| | ) |
| **CHARLES WICKS, et al.** | ) |
| | ) |
|     **Defendants.** | ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant Charles Wicks.

    I certify that I am admitted to practice in this court.

                                    Respectfully submitted,

                                    CURTIS T. HILL, Jr.
                                    Indiana Attorney General
                                    Attorney No. 13999-20

Dated: December 21, 2020        By:    J. Derek Atwood
                                    Deputy Attorney General
                                    Attorney No. 33947-49
                                    OFFICE OF ATTORNEY GENERAL
                                    Indiana Government Center South, 5th Floor
                                    302 W. Washington Street
                                    Indianapolis, IN 46204-2770
                                    Telephone: (317) 233-8213
                                    Facsimile: (317)232-7979
                                    E-mail: Derek.Atwood@atg.in.gov;
                                                    Madison.Hyatt@atg.in.gov