UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MACK SIMS, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF ELKHART, et al., <br><br> Defendants. | CASE NO. 3:19-CV-1168-JD-MGG |

**ORDER**

On October 15, 2021, Defendants City of Elkhart ("the City") and John Faigh filed their Unopposed Motion for an Extension of Time to Conduct Discovery. With good cause shown, as required by Fed. R. Civ. P. 16(b)(4), and no objection, the City and Faigh's Motion is **GRANTED**. [DE 48]. The Court's Rule 16(b) Scheduling Order [DE 24 as amended by DE 32] is **AMENDED** as follows:

- Plaintiff's expert disclosure deadline: **May 25, 2022**
- Defendants' expert disclosure deadline: **July 25, 2022**
- Deadline for close of all discovery: **September 23, 2022**

The parties have also agreed to complete fact discovery by April 15, 2022. The Scheduling Conference currently set for November 23, 2021, at 11:30 a.m. E.S.T. is **RESCHEDULED** for **April 5, 2022**, at **11:15 a.m. E.D.T.** To connect to the conference, parties should dial 877-336-1828, and enter access code 5433302# at least five minutes before the conference start time.

**SO ORDERED** this 18th day of October 2021.

                                                  s/Michael G. Gotsch, Sr.
                                                Michael G. Gotsch, Sr.
                                                United States Magistrate Judge